Moscow Fire Insurance Company et al., Respondents, *v.* Bank of New York and Trust Company et al., Respondents.

Samuel E. Morro et al., Respondents, *v.* Moscow Fire Insurance Company et al., Respondents.

United States of America, Appellant.

Moscow Fire Insurance Company et al., Plaintiffs, *v.* Bank of New York and Trust Company et al., Defendants.

Samuel E. Morro et al., Plaintiffs, *v.* Moscow Fire Insurance Company et al., Defendants.

United States of America, Appellant; Vladimir A. Miller, Respondent.

Submitted July 7, 1938; argued October 3, 1938; decided October 6, 1938.

*Paul C. Whipp, Hartwell Cabell* and *Borris M. Komar* for motions.

*Lamar Hardy, United States Attorney (Leon E. Spencer* of counsel), opposed.

Motions to dismiss appeals from judgment of 1934 and orders of 1937 granted, and appeals dismissed, without costs.